AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JAN - 4 2018

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-18-0018-M |
| Damian GONZALEZ (YOB: 1994) USC | ) | |
| Jose Inez PERALEZ (YOB: 1984) USC | ) | |
| Ezequiel PERALEZ (YOB: 1993) USC | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/3/2018__ in the county of __Hidalgo__ in the __SOUTHERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841:(b)(1)(A),846 | Knowingly and intentionally possess with intent to distribute approximately 19.55 kilograms of cocaine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I)

☑ Continued on the attached sheet.

approved by
PSA _____

Sworn to before me and signed in my presence.

Date: January 4, 2018 9:01 am

City and state: McAllen, Texas

_____
Complainant's signature

Hunter Steadman, DEA SA
Printed name and title

_____
Judge's signature

Magistrate Judge
Printed name and title

Attachment I

On January 3, 2018, DEA agents were conducting a narcotics investigation at an apartment in McAllen, Texas. During surveillance, agents observed a yellow sedan arrive at said apartment. Agents also observed a male subject, later identified as Damien GONZALEZ, enter the yellow sedan. Agents maintained surveillance on the yellow sedan, and observed it travel to a residence located in Weslaco, Texas. Moments later the yellow sedan departed the residence.

On the same date, Hidalgo County K-9 Deputy Jaime Garcia conducted an independent probable cause traffic stop on the yellow sedan for a traffic violation. Deputy Garcia made contact with the driver, Ezequiel PERALEZ, and the passenger, GONZALEZ. Deputy Garcia utilized his K-9 partner "Asha" to conduct a free outer perimeter air sniff of the sedan. "Asha" indicated and alerted to the presence of narcotics inside the vehicle. A search of the vehicle revealed approximately two kilograms of cocaine located in the back seat of the sedan. Deputy Garcia arrested GONZALEZ and PERALEZ.

On the same date, Task Force Officer (TFO) Joseph Lucio and Special Agent (SA) Hunter Steadman interviewed Ezequiel PERALEZ and GONZALEZ. Ezequiel PERALEZ invoked his right to an attorney and refused to speak with agents.

TFO Lucio read GONZALEZ his Miranda rights in his preferred language of English, which GONZALEZ stated he understood his rights and was willing to speak with agents without the presence of his attorney. GONZALEZ stated that he knew that Ezequiel PERALEZ had just picked up cocaine in Weslaco, Texas, and that he, GONZALEZ, was going to be paid one thousand dollars in U.S. currency for his involvement.

On the same date, agents conducted surveillance at the aforementioned residence in Weslaco, Texas. Agents observed a gray GMC Yukon depart said residence. Hidalgo County Precinct 3 Deputy Constable Hugo Rangel conducted an independent probable cause traffic stop on the GMC Yukon for a traffic violation. Deputy Rangel made contact with a female driver and a passenger, Jose Inez PERALEZ. Deputy Garcia assisted with this stop and utilized his K-9 partner "Asha" to conduct a free outer perimeter air sniff of the GMC Yukon. "Asha" indicated and alerted to the presence of narcotics inside the vehicle. A search resulted in the seizure of approximately 17.5 kilograms of cocaine and 23 bundles containing an unknown amount of U.S. Currency. Jose Inez PERALEZ was placed under arrest.

TFO Lucio read Jose Inez PERALEZ his Miranda rights in his preferred language of Spanish, which Jose Inez PERALEZ stated he understood his rights and was willing to speak with agents without the presence of his attorney. Jose Inez PERALEZ stated that the cocaine found in the GMC Yukon belonged to him, and that he has been a narcotics trafficker for four years. Jose Inez PERALEZ also implicated his brother Ezequiel PERALEZ in drug trafficking. According to Jose Inez PERALEZ he had given his brother (Ezequiel PERALEZ) two kilograms of cocaine earlier that day. Agents determined that these were the same two kilograms of cocaine seized from Ezequiel PERALEZ and GONZALEZ.